IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENISHA M. HAMILTON,<br><br>  Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC., LAUDERDALE DENTAL, LLC, CANDACE S. LAUDERDALE, D.M.D. and LORI ESTRADA,<br><br>  Defendant. | CIVIL ACTION NO. 4:14-cv-00187-CDL |

## DEFENDANT ASPEN DENTAL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.1, Defendant Aspen Dental Management, Inc. (hereinafter referred to as "Defendant"), by and through undersigned counsel, hereby makes the following disclosure:

Defendant is not a parent, subsidiary, or affiliate of a publicly owned corporation.  Furthermore, there is no publicly owned corporation, not a party to the case, that has a financial interest in the outcome.

Respectfully submitted this 15th day of September, 2014.

/s/ Tasha K. Inegbenebor
Bradley E. Strawn
Georgia Bar No. 004419
Tasha K. Inegbenebor
Georgia Bar No. 382905

LITTLER MENDELSON, P.C.          Attorneys for Defendant
3344 Peachtree Road N.E.          ASPEN DENTAL MANAGEMENT,
Suite 1500                        INC.
Atlanta, GA  30326.4803
Telephone:    404.233.0330
Facsimile:    404.233.2361
tinegbenebor@littler.com
bstrawn@littler.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of September, 2014, **DEFENDANT ASPEN DENTAL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

> John W. Roper
> The Roper Law Firm
> 5353 Veterans Parkway, Suite D
> Columbus, Georgia 31904

> */s/ Tasha K. Inegbenebor*
> Tasha K. Inegbenebor
> Georgia Bar No. 382905

Firmwide:129001576.1 058441.1000