IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENISHA M. HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br>LAUDERDALE DENTAL, LLC,<br>CANDACE S. LAUDERDALE, D.M.D.<br>and LORI ESTRADA,<br><br>    Defendant. | CIVIL ACTION NO. 4:14-cv-00187-CDL |

## JOINT MOTION FOR FINAL APPROVAL OF
## SETTLEMENT AGREEMENT

Plaintiff Kenisha Hamilton, Defendant Aspen Dental Management, Inc., Defendant Lauderdale Dental, LLC, Defendant Candace Lauderdale, D.M.D., and Defendant Lori Estrada[1] (collectively, the "Parties"), seek court approval of their settlement of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-19, and dismissal of the above-captioned lawsuit with prejudice.  For the reasons explained in the accompanying Memorandum (submitted under seal), the Parties' settlement constitutes a "fair and reasonable" resolution of a bona fide dispute over FLSA provisions.

WHEREFORE, the Parties respectfully request the Court grant this Motion and enter the Proposed Order:  (1) approving the Parties' settlement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' Settlement Agreement.

---

[1] Although Defendant Estrada has not yet been served with the Summons and Complaint in this action pursuant to Fed. R. Civ. P. 4, she appears now for purposes of moving the Court to permit the filing of the Settlement Documents under seal and for approval of the Parties' settlement.

Respectfully submitted this 2nd day of February, 2015.

| | |
|---|---|
| */s/John W. Roper* | */s/Tasha K. Inegbenebor* |
| John W. Roper | Bradley E. Strawn |
| Georgia Bar No. 614159 | Georgia Bar No. 004419 |
| The Roper Law Firm | bstrawn@littler.com |
| 5353 Veterans Parkway, Suite D | Tasha K. Inegbenebor |
| Columbus, Georgia 31904 | Georgia Bar No. 382905 |
| | tinegbenebor@littler.com |
| *Signed with express permission | |
| | LITTLER MENDELSON, P.C. |
| | 3344 Peachtree Road N.E. |
| | Suite 1500 |
| | Atlanta, GA  30326.4803 |
| | Telephone:    404.233.0330 |
| | Facsimile:    404.233.2361 |
| | |
| | Attorneys for Defendants |
| | Aspen Dental Management, Inc., Lauderdale Dental, LLC, Candace Lauderdale, D.M.D., and Lori Estrada |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENISHA M. HAMILTON,<br><br>          Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br>LAUDERDALE DENTAL, LLC,<br>CANDACE S. LAUDERDALE, D.M.D.<br>and LORI ESTRADA,<br><br>          Defendant. | CIVIL ACTION NO. 4:14-cv-00187-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2015, **JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

John W. Roper
The Roper Law Firm
5353 Veterans Parkway, Suite D
Columbus, Georgia 31904
johnroper@roperlaw.com

/s/ Tasha K. Inegbenebor
Tasha K. Inegbenebor
Georgia Bar No. 382905

Firmwide:131421098.2 058441.1080