IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENISHA M. HAMILTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br>LAUDERDALE DENTAL, LLC,<br>CANDACE S. LAUDERDALE, D.M.D.<br>and LORI ESTRADA,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 4:14-cv-00187-CDL |

## ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

This matter comes before the Court on the Parties' Joint Motion for Final Approval of Settlement Agreement.

On July 15, 2014, Plaintiff Kenisha Hamilton filed the above-captioned lawsuit seeking the recovery of alleged unpaid overtime wages under the Fair Labor Standards Act ("FLSA") in connection with work Plaintiff allegedly performed from March 1, 2014 until May 6, 2014. Plaintiff also alleges that she suffered race discrimination in violation of 42 U.S.C. § 1981. Plaintiff has not made any class allegations and does not purport to represent a class of individuals. Defendants deny all of Plaintiff's claims.

On January 27, 2015, Plaintiff and Defendants notified the Court that they reached a settlement. *See* Dkt. 26 and 27. On February 2, 2015, the Parties filed their Joint Motion for Final Approval seeking the Court's approval of the terms of their settlement as described in a Confidential Settlement Agreement and General Release. *See* Dkt. 29.

The Court has reviewed the Confidential Settlement Agreement and General Release, in which Plaintiff will receive a total of $8,500.00 in exchange for a general release of all claims against Defendants, which is allocated among payments for Plaintiff's claims for back pay and lost wages ($2000.00), non-wage damages ($2,250.00), and for Plaintiff's claims for attorneys' fees and costs ($4,250.00).[1]  Plaintiff and Defendants have jointly represented to the Court that the settlement amount reflects arms-length settlement negotiations, and Defendants maintain that they agreed to the settlement amount in order to avoid the expense and inconvenience of protracted litigation.

The Court, having considered the Joint Motion for Final Approval of the Settlement Agreement, along with the other papers on file in this matter, is of the opinion that the parties' agreed-upon settlement terms represent a fair and reasonable compromise of disputed claims.

Accordingly, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiff's counsel as described in the Settlement Agreement and ORDERS Defendant to have payments made accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement.

---

[1] The settlement amount also includes an allocation for disputed claims alleged in Plaintiff's 42 U.S.C. § 1981 race discrimination claim, as well as any additional claims which Plaintiff alleges to have against Defendant.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this 3rd day of February, 2015.

                        s/Clay D. Land
                        CLAY LAND
                        Chief United States District Judge
                        Middle District of Georgia